# IN THE SUPREME COURT OF THE STATE OF NEVADA

MARLIS DEON DORSEY, JR.,
                Appellant,
vs.
THE STATE OF NEVADA,
                Respondent.

No. 77201

FILED

NOV 05 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
    DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from the "denial of computation of statutory 'good time' according to NRS 209.4465." Eighth Judicial District Court, Clark County; Carolyn Ellsworth, Judge.

The documents before this court do not indicate that a postconviction petition for a writ of habeas corpus has been filed or denied in district court case number C-17-324021-1, the case number designated in the notice of appeal. To the extent that appellant appeals from the judgment of conviction, the notice of appeal was untimely filed. NRAP 4(b); NRAP 26(a); NRAP 26(c). "[A]n untimely notice of appeal fails to vest jurisdiction in this court." *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
  Cherry

_____, J.
  Parraguirre

_____, J.
  Stiglich

SUPREME COURT
OF
NEVADA

(O) 1947A

18-902657

cc: Hon. Carolyn Ellsworth, District Judge
Marlis Deon Dorsey, Jr.
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk